United States District Court
for the
Southern District of Florida

| | |
|---|---|
| P & L Towing and Transportation, Inc., Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 21-23062-Civ-Scola ) |
| M/V Gardens and others, Defendant. | ) ) |

**Order Adopting the Magistrate Judge's Report And Recommendation**

Neither party has objected to Magistrate Judge Jonathan Goodman's Report and Recommendations (**ECF No. 31**) and the time to do so has passed. A district court need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g., id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases). Finding no plain error with Judge Goodman's Report and Recommendations, the Court **adopts them in full**. Accordingly, the Court **adjudges and orders** as follows:

1. A judicial sale of the vessel of the Defendant vessel M/V GAR-DEN S, a 1951 62-foot steel hull tug built by RTC Shipbuilding Corporation, bearing United States Coast Guard Official Number 262196, is hereby authorized. The Plaintiff is permitted to credit bid its judgment at the judicial sale.

2. Plaintiff P&L Towing and Transportation, Inc. is awarded damages in the amount of $121,349.00 plus prejudgment interest calculated in accordance with 28 U.S.C. § 1961, as well as any additional *custodia legis* expenses incurred from February 3, 2022, through the date of the judicial sale of the Defendant vessel, at a rate of $317.00 per day. The Court instructs the Plaintiff to file a proposed judgment to the Court bearing the appropriate figures in respect of the damages hereby awarded to it. The Plaintiff will also provide a courtesy copy of that proposed judgment in Word format to the Court via e-mail at scola@flsd.uscourts.gov.

3. The Plaintiff's request for attorney's fees is denied without prejudice. The Plaintiff may file the appropriate motion in accordance with the Local Rules.

Any pending motions are **denied as moot**. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on June 2, 2022.

Robert N. Scola, Jr.
United States District Judge